1  PHILLIP A. TALBERT
   United States Attorney
2  ANTONIO J. PATACA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-cr-00067-NODJ-BAM |
|---|---|
| Plaintiff, | CASE NO. 1:15-cr-00231-ADA-BAM |
| v. | **STIPULATION CONTINUING SENTENCING** |
| MATTHEW MCKENRY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the supervised release violation in case 1:15-CR-00231-JLT and the sentencing hearing in 1:24-CR-00067-NODJ-BAM was set for sentencing on August 12, 2024.

2. By this stipulation, the parties now move to continuing sentencing to September 9, 2024.

3. The parties need additional time to research and consider the impact, if any, of *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), on this case.

4. No exclusion of time is required under the Speedy Trial Act as this matter involves a violation of supervised release and the defendant has not yet been arraigned on the Information.

IT IS SO STIPULATED.

Dated: July 16, 2024               PHILLIP A. TALBERT
                                   United States Attorney


                                   /s/ ANTONIO J. PATACA
                                   ANTONIO J. PATACA
                                   Assistant United States Attorney


Dated: July 16, 2024               /s/ JEFF HAMMERSCHMIDT
                                   JEFF HAMMERSCHMIDT
                                   Counsel for Defendant
                                   MATTHEW MCKENRY


## ORDER

IT IS ORDERED that the sentencing hearings on 1:24-cr-00067-NODJ-BAM and 1:15-cr-00231-ADA-BAM be **CONTINUED** to **September 09, 2024**.

Dated: July 17, 2024               /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE